No. 223. JOY OIL CO., LTD. *v.* STATE TAX COMMISSION. Supreme Court of Michigan. Certiorari granted. *Clayton F. Jennings* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Dale H. Fillmore* and *Joel K. Underwood* for respondent. 

*Certiorari Denied.* (*See also supra, Nos. 87 and 156 and Misc. Nos. 17, 20, 22, 35, 49 and 70.*)